UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| COLVIN J. PLUMMER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:11-CV-00865-RCJ-WGC |
| v. | ) | |
| | ) | |
| ROBERT BANNISTER, *et al.*, | ) | O R D E R |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #19) entered on September 18, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Defendants' Motion to Dismiss (ECF #12) and Plaintiff's Complaint be dismissed without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #19).

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (ECF #12) is GRANTED and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (ECF #11) is DENIED AS MOOT.

IT IS SO ORDERED this 25TH day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE